UNITED STATES of America, Plaintiff–Appellee

v.

Eric Lamont FORD, Defendant–Appellant.

No. 07–10938
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Aug. 6, 2008.

Jordan Andrew Konig, U.S. Attorney's Office Northern District of Texas, Dallas, TX, for Plaintiff–Appellee.

Robert Sam Pestinger, Irving, TX, Eric Lamont Ford, Bop No. 36091–177 FCI Seagoville, Seagoville, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, STEWART, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Eric Lamont Ford presents arguments that he concedes are foreclosed by *United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.